IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


CLORO VEO APODACA, II                                           PLAINTIFF

v.                          Case No. 07-6094

LARRY SANDERS, Sheriff
Garland County, Arkansas;
CAPTAIN MEL STEED, Garland
County Sheriff's Department;
TOMMY HARMON, Nurse, Garland
County Sheriff's Department                                    DEFENDANTS

**AND**

CLORO VEO APODACA, II                                           PLAINTIFF

v.                          Case No. 08-6003

CAPTAIN MEL STEED, Garland
County Sheriff's Department;
TOMMY HARMON, Nurse, Garland
County Sheriff's Department                                    DEFENDANTS


### ORDER

Now on this 17th day of March 2010, there comes on for
consideration the report and recommendation filed herein on
February 25, 2010, by the Honorable Barry A. Bryant, United States
Magistrate Judge for the Western District of Arkansas. (Doc. 24).
The parties did not file timely, written objections to the report
and recommendation.

The court has reviewed this case and, being well and
sufficiently advised, finds as follows: The report and
recommendation is proper and should be and hereby is adopted in its
entirety. Accordingly, Defendants' Motion for Summary Judgment

(Doc. 17) is GRANTED and these consolidated cases are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge